

# Case Assignment
# Standard Criminal Assignment

Case number **3:22CR-94-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 8/17/2022 5:16:42 PM
Transaction ID: 69370

Request New Judge    Return