FILED
JAMES J. VILT, JR. - CLERK

AUG 17 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA            PLAINTIFF

v.        Criminal Action No.: 3:22-CR-94-DJH

**SUZANNE CRAFT**            DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorneys Christopher C. Tieke and Stephanie M. Zimdahl hereby enters their appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_____
Christopher Tieke
Assistant United States Attorney

_____
Stephanie M. Zimdahl
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911