FILED
JAMES J. VILT, JR. - CLERK

AUG 17 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          Criminal Action No.: 3:22-CR-94-DJH

**SUZANNE CRAFT**                                                     DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Trial Attorney Mary Hahn hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

Mary Hahn
Trial Attorney, Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20002
Mary.Hahn@usdoj.gov