UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                                    CRIMINAL ACTION NO. 3:22-CR-94-DJH

**SUZANNE CRAFT**                                                           DEFENDANT

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendant with a violations of Title 18, United States Code, Section 876(c) is hereby ORDERED to be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrants for the arrest of the defendant.

This 17ʰ day of August 2022.

_____
United States Magistrate Judge

**ENTERED**
JAMES J. VILT, JR. - CLERK

AUG 17 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY