**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL NO. 3:22CR-94-DJH**
**UNITED STATES OF AMERICA,**                                                                 **PLAINTIFF,**

**vs.**

**SUZANNE CRAFT**                                                                                          **DEFENDANT.**

## UNOPPOSED MOTION TO CONTINUE TRIAL AND TO RESET PRETRIAL DEADLINES

Comes the defendant, by counsel, and moves the Court to continue the trial of this action, currently scheduled for October 24, 2022, and to remand the existing deadlines that the Court has set for pretrial filings. As grounds for said motion, the undersigned states that additional time is necessary to review the discovery material, including a voluminous amount of cell phone data that will be received shortly. This additional time is also necessary to discuss the material with Ms. Craft and to consult with and advise her. Counsel requests that a new trial date and corresponding filing deadlines be set at the status conference that is to be held on September 22, 2022. The defendant agrees that the period of delay resulting from the continuance of this action shall be excluded in computing the time within which the trial of the offenses charged herein must commence pursuant to 18 USCA §3161(h)(7)(A), §3161(h)(7)(B)(ii), and §3161(h)(7)(B)(iv). The undersigned has

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

been authorized by the United States to represent to the Court that it has no objection to the granting of this motion.

/s/ Angela M. Rea
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## CERTIFICATE

I hereby certify that on September 12, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Christopher C. Tieke and Stephanie M. Zimdahl, Assistant United States Attorneys.

/s/ Angela M. Rea

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808