UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

**CRIMINAL NO. 3:22CR-94-DJH**
**UNITED STATES OF AMERICA,**                                                           **PLAINTIFF,**

vs.

**SUZANNE CRAFT,**                                                                                **DEFENDANT.**

## ORDER

Defendant having moved the Court to continue the trial herein and to remand the currently set filing deadlines; the United States having no objection thereto; and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the trial in this action scheduled for October 24, 2022, be, and the same hereby is, vacated and the pretrial deadlines previously set by the court shall be vacated and reset. The new trial date and corresponding filing deadlines will be set at the status conference that is scheduled for September 22, 2022.

**IT IS FURTHER ORDERED AND ADJUDGED** that the period of delay resulting from the continuance of this action be, and the same hereby is, excluded in computing the time within which the trial of the offenses charged herein must commence pursuant to 18 USCA §3161(h)(7)(A), §3161(h)(7)(B)(ii), and §3161(h)(7)(B)(iv).

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

The Court **FINDS** that there is good cause for this continuance given the need for the defendant and her counsel to review the volume of discovery in order to effectively prepare for a trial in this matter such that the ends of justice served by this continuance outweigh the best interests of the public and Defendant to a speedy trial.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

4