UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                    Plaintiff,

v.                                     Criminal Action No. 3:22-cr-94-DJH

SUZANNE CRAFT,                                               Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on October 25, 2022, with the following counsel participating:

| | |
|---|---|
| For the United States: | Christopher C. Tieke<br>Stephanie Zimdahl<br>Mary J. Hahn |
| For Defendant: | Angela M. Rea |

The Court and counsel discussed the procedural posture of the case. Counsel reported that supplemental discovery from the United States is complete. Defense counsel informed the Court that additional time is needed to review the supplemental discovery. Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1) This matter is **SET** for an in-person status hearing on **November 14, 2022, at 3:30 p.m.** (not 9:30 a.m., as originally discussed) at the Gene Snyder U.S. Courthouse;

(2) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from October 25, 2022, to November 14, 2022, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh

the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

Court Time: 00/10
Court Reporter: Terri Turner