UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-94-DJH

SUZANNE CRAFT,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A status hearing was held in this matter on December 19, 2022, with the following counsel participating:

| | |
|---|---|
| For the United States: | Christopher C. Tieke |
| | Stephanie Zimdahl |
| For Defendant: | Angela M. Rea |

The defendant was present. The Court and counsel discussed the procedural posture of the case. Counsel reported that discovery from the United States is complete and reciprocal discovery is ongoing. Counsel also indicated that this matter is on track for trial. The United States informed the Court and counsel that at trial it will present the proof necessary to sustain a sentence enhancement under U.S.S.G. § 3A1.1. Based on the discussion during the hearing, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1) This United States **SHALL** file notice of the proof that it will present at trial to support a sentence enhancement or, give notice of any other evidence which may implicate Fed. R. Evid. 404(b), by **January 15, 2023**. Defense counsel shall respond within **ten (10) days** thereafter. The United States may reply by **January 30, 2023**.

1

(2)     This matter is **SET** for a telephonic status conference on **January 31, 2023, at 10:30 a.m.**  Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187.

(3)     This matter is **SET** for a final pretrial conference on **February 15, 2023, at 9:30 a.m.** at the U.S. District Courthouse in Louisville, Kentucky.  All counsel who plan to participate at trial shall attend the conference.

December 21, 2022

David J. Hale, Judge
United States District Court

Court Time: 00/20
Court Reporter: Dena Legg