UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-94-DJH

SUZANNE CRAFT,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on January 31, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Christopher C. Tieke |
| | Stephanie M. Zimdahl |
| For Defendant: | Angela M. Rea |

The Court and counsel discussed the procedural posture of the case, including the United States' notice of intent to introduce evidence of uncharged conduct at trial. (*See* Docket No. 21; D.N. 22; D.N. 23) Defense counsel requested permission to file a sur-reply. Counsel reported that discovery from the United States is complete and reciprocal discovery is ongoing. Counsel also indicated that this matter remains on track for trial. Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1) Defense counsel **SHALL FILE** a sur-reply on or before **February 6, 2023**.

(2) Counsel **SHALL CONFER** in advance of the final pretrial conference regarding any additional issues or topics to be discussed during the conference and **SHALL**, to the extent practicable, give advance notice to the Court of those issues.

January 31, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/20
Court Reporter: Dena Legg

1