EXHIBIT A

