EXHIBIT C



Case 3:22-cr-00094-DJH   Document 27-3   Filed 02/06/23   Page 1 of 1 PageID #: 114