EXHIBIT D




