<u>EXHIBIT E</u>



