## EXHIBIT F





