EXHIBIT G



