EXHIBIT H



