# EXHIBIT I

I-1





I-2



I-3







