## EXHIBIT I







