UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                                                    CRIMINAL NO. 3:22-CR-00094-DJH
                                                                                     *Electronically Filed*

SUZANNE CRAFT                                                                                  DEFENDANT

## UNITED STATES' PROPOSED JURY INSTRUCTIONS
*-- Filed Electronically --*

The United States requests the Court provide the standard, applicable preliminary and closing instructions to the jury as set forth in the Sixth Circuit Pattern Jury Instructions, including the following Pattern Instructions:

    1.01-1.09 (General Principles)
    2.01A (Separate Consideration on Multiple Crimes)
    2.04 (On or About)
    7.02B (Defendant's Testimony- if applicable)
    7.03 (Opinion Testimony)
    8.01-8.10 (Deliberations and Verdict)

In addition, the United States requests that the attached specific instructions be submitted to the jury.

                                                    Respectfully submitted,

                                                    MICHAEL A. BENNETT
                                                    United States Attorney

                                                    */s/ Christopher C. Tieke*

                                                    Christopher C. Tieke
                                                    Stephanie M. Zimdahl
                                                    Assistant United States Attorneys
                                                    717 West Broadway
                                                    Louisville, Kentucky 40202
                                                    (502) 582-5911

CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

      Christopher C. Tieke
Stephanie M. Zimdahl

Proposed Instruction No. 1

Mailing Threating Communications (18 U.S.C. § 876(c)) - Elements

Counts One through Five of the Indictment charge the Defendant with knowingly sending threatening communications by United States mail in violation of Title 18, United States Code, Section 876(c).

    Specifically, Count 1 charges, "On or about November 2, 2020, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **SUZANNE CRAFT**, did knowingly deposit in a post office and an authorized depository for mail matter to be sent and delivered by the Postal Service and caused to be delivered by the Postal Service according to the directions thereon, a communication, addressed to another person, whose identity is known to the Grand Jury, containing a threat to injure the person of the addressee and others."

    Count 2 charges, "On or about November 5, 2020, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **SUZANNE CRAFT**, did knowingly deposit in a post office and an authorized depository for mail matter to be sent and delivered by the Postal Service and caused to be delivered by the Postal Service according to the directions thereon, a communication, addressed to another person, whose identity is known to the Grand Jury, containing a threat to injure the person of the addressee and others."

    Count 3 charges, "On or about November 6, 2020, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **SUZANNE CRAFT**, did knowingly deposit in a post office and an authorized depository for mail matter to be sent and delivered by the Postal Service and caused to be delivered by the Postal Service according to the directions thereon, a communication, addressed to another person, whose identity is known to the Grand Jury, containing a threat to injure the person of the addressee and others."

    Count 4 charges, "On or about November 6, 2020, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **SUZANNE CRAFT**, did knowingly deposit in a post office and an authorized depository for mail matter to be sent and delivered by the Postal Service and caused to be delivered by the Postal Service according to the directions thereon, a communication, different from the communication charged in Count 3 of this Indictment, addressed to another person, whose identity is known to the Grand Jury, containing a threat to injure the person of the addressee and others."

    Count 5 charges, "In or around December 2020, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **SUZANNE CRAFT**, did knowingly deposit in a post office and an authorized depository for mail matter to be sent and delivered by the Postal Service and caused to be delivered by the Postal Service according to the directions thereon, a communication, addressed to another person, whose identity is known to the Grand Jury, containing a threat to injure the person of the addressee and others."

For each count, for you to find the Defendant guilty of the offense, you must find that the Government has proved each of the following elements beyond a reasonable doubt:

    (1) First, that the Defendant knowingly mailed or caused to be mailed by the United States Postal Service a communication.

    (2) Second, that the communication contained a threat to injure a particular person or particular group of individuals; and

    (3) Third, that the Defendant mailed the communication for the purpose of making a threat.

Now I will give you more detailed instructions on some of these terms.

    (1) The word "threat" means a statement that is a serious expression of intent to inflict bodily harm on a particular person or a particular group of individuals that a reasonable observer would perceive to be an authentic threat. To qualify as a threat, the statement need not be communicated to the targeted individual.

    (2) An act is done "knowingly" if it is done voluntarily, and not because of mistake or some other innocent reason.

The Government need not prove that the Defendant intended to carry out the threat or was capable of carrying out the threat at the time it was made or that specific targeted individuals knew about the threats against them.

If you are convinced that the Government has proved all of these elements, say so by returning a guilty verdict on this charge. If you have a reasonable doubt about any one of these elements, then you must find the Defendant not guilty of this charge.

Authority

18 U.S.C. § 876(c)

Sixth Circuit Pattern Jury Instruction No. 18.01 (18 U.S.C. § 875(c)), modified to address elements of 18 U.S.C. § 876(c)

Sixth Circuit Pattern Jury Instruction No. 10.03(2)(C) (defining when an act is done "knowingly")

*Elonis v. United States*, 135 S. Ct. 2001 (2015).

*United States v. Howard*, 947 F.3d 936 (6th Cir. 2020)

Proposed Instruction No. 2

United States Sentencing Guideline §3A1.1(a)

In connection with Counts One through Five of the Indictment, the Government has alleged that the Defendant selected the victims of the threatening communications because of their actual or perceived race or color. If you determine that the Defendant knowingly sent threatening communications by mail by finding her guilty of on any or all of the charges in Counts One through Five, you must then determine beyond a reasonable doubt whether the Defendant sent the particular threatening communication because of the actual or perceived race or color of the victims.

To prove that the Defendant acted "because of" the victim's or group of victims' actual or perceived race or color, the Government must prove beyond a reasonable doubt that the threats would not have been made but for the fact of the victim's actual or perceived race or color. This does not mean that the Government must prove that the victim's actual or perceived race or color was the Defendant's sole or only motive for the threats. You may find the Defendant sent the threatening communications because of race or color even if there was more than one reason why she threatened the persons identified in Counts One through Five. You must find, however, that the person's actual or perceived race or color played a determinative role in the Defendant's decision to threaten him or her.

The Government may prove this motive through direct evidence or may prove motive by circumstantial evidence.

Authority

USSG §3A1.1(a)

*United States v. Miller*, 767 F.3d 585 (6th Cir. 2014) (noting that to satisfy § 249's "because of" element, protected characteristic need only be "the straw that broke the camel's back") (internal quotation marks omitted).

*United States v. Metcalf*, No. 15-CR-1032, 2016 WL 1599485, at *3 (N.D. Ia. Apr. 20, 2016) (same)

*Burrage v. United States*, 134 S. Ct. 881, 889 (2014)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA			PLAINTIFF

v.				CRIMINAL NO. 3:22-CR-00094-DJH
				*Electronically Filed*

SUZANNE CRAFT			DEFENDANT

**GOVERNMENT'S PROPOSED SPECIAL VERDICT FORMS**

**Count 1**

Question 1.    We, the jury, with respect to the charges set forth in Count 1 of the Indictment, do find the defendant, ***SUZANNE CRAFT***

    GUILTY_____          NOT GUILTY_____

DATE				FOREPERSON

_____		_____

_____		_____

_____		_____

_____		_____

_____		_____

_____		_____

If you find the defendant, ***SUZANNE CRAFT*** guilty as charged, then please address special verdict question 1(a) for Count 1.

If you find the defendant, *SUZANNE CRAFT* not guilty, do not consider the special verdict question 1(a) for Count 1 below, and move on to the next Count.

**Count 1**

Special Verdict Question 1(a)

We, the Jury, having found the defendant *Suzanne Craft* guilty of the offense charged in Count 1 of the Indictment, further unanimously find that she selected the victims of the threatening communication because of their actual or perceived race or color.

_____ Yes   _____ No

DATE                                                       FOREPERSON

_____          _____


                                  _____   _____


                                  _____   _____


                                  _____   _____


                                  _____   _____


                                  _____   _____

Proceed to Count 2.

**Count 2**

Question 1.   We, the jury, with respect to the charges set forth in Count 2 of the Indictment, do find the defendant, ***SUZANNE CRAFT***

  GUILTY_____    NOT GUILTY_____

DATE          FOREPERSON

_____  _____

    _____  _____

    _____  _____

    _____  _____

    _____  _____

    _____  _____

If you find the defendant, ***SUZANNE CRAFT*** guilty as charged, then please address special verdict question 1(a) for Count 2.

If you find the defendant, ***SUZANNE CRAFT*** not guilty, do not consider the special verdict question 1(a) for Count 2 below, and move on to the next Count.

**Count 2**

Special Verdict Question 1(a)

We, the Jury, having found the defendant *Suzanne Craft* guilty of the offense charged in Count 2 of the Indictment, further unanimously find that she selected the victims of the threatening communication because of their actual or perceived race or color.

_____ Yes     _____No

DATE                                                    FOREPERSON

_____     _____

Proceed to Count 3.

**Count 3**

Question 1.     We, the jury, with respect to the charges set forth in Count 3 of the Indictment, do find the defendant, ***SUZANNE CRAFT***

  GUILTY_____      NOT GUILTY_____

DATE            FOREPERSON

_____    _____

   _____   _____

   _____   _____

   _____   _____

   _____   _____

   _____   _____

If you find the defendant, ***SUZANNE CRAFT*** guilty as charged, then please address special verdict question 1(a) for Count 3.

If you find the defendant, ***SUZANNE CRAFT*** not guilty, do not consider the special verdict question 1(a) for Count 3 below, and move on to the next Count.

## Count 3

Special Verdict Question 1(a)

We, the Jury, having found the defendant ***Suzanne Craft*** guilty of the offense charged in Count 3 of the Indictment, further unanimously find that she selected the victims of the threatening communication because of their actual or perceived race or color.

_____ Yes    _____ No

DATE                                                          FOREPERSON

_____                    _____

                 _____    _____

                 _____    _____

                 _____    _____

                 _____    _____

                 _____    _____

Proceed to Count 4.

**Count 4**

Question 1.   We, the jury, with respect to the charges set forth in Count 4 of the Indictment, do find the defendant, ***SUZANNE CRAFT***

      GUILTY_____               NOT GUILTY_____

DATE                                                    FOREPERSON

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

If you find the defendant, ***SUZANNE CRAFT*** guilty as charged, then please address special verdict question 1(a) for Count 4.

If you find the defendant, ***SUZANNE CRAFT*** not guilty, do not consider the special verdict question 1(a) for Count 4 below, and move on to the next Count.

**Count 4**

Special Verdict Question 1(a)

We, the Jury, having found the defendant *Suzanne Craft* guilty of the offense charged in Count 4 of the Indictment, further unanimously find that she selected the victims of the threatening communication because of their actual or perceived race or color.

_____ Yes  _____ No

DATE                                                          FOREPERSON

_____        _____

                                    _____

                                    _____

                                    _____

                                    _____

                                    _____

Proceed to Count 5.

13

**Count 5**

Question 1.   We, the jury, with respect to the charges set forth in Count 5 of the Indictment, do find the defendant, ***SUZANNE CRAFT***

      GUILTY_____              NOT GUILTY_____

DATE                                      FOREPERSON

_____        _____

                        _____      _____

                        _____      _____

                        _____      _____

                        _____      _____

                        _____      _____

If you find the defendant, ***SUZANNE CRAFT*** guilty as charged, then please address special verdict question 1(a) for Count 5.

If you find the defendant, ***SUZANNE CRAFT*** not guilty, do not consider the special verdict question 1(a) for Count 5 below.

**Count 5**

Special Verdict Question 1(a)

We, the Jury, having found the defendant **_Suzanne Craft_** guilty of the offense charged in Count 5 of the Indictment, further unanimously find that she selected the victims of the threatening communication because of their actual or perceived race or color.

_____ Yes        _____No

DATE                                              FOREPERSON

_____          _____


   _____          _____


   _____          _____


   _____          _____


   _____          _____