UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF


v.                                          CRIMINAL NO. 3:22-CR-00094-DJH
                                                   *Electronically Filed*


SUZANNE CRAFT                                               DEFENDANT

| UNITED STATES OF AMERICA'S FIRST EXHIBIT LIST | | |
|---|---|---|
| **EXH NO.** | **DESCRIPTION** | **BATES NO.** |
| 1 | White envelope with postmark 2 Nov 2020 PM 3 L, addressed to M.P.[1], Contents of envelope include a cutting from an advertisement for Owen Funeral Home and a white piece of paper with cutout letter that read, "GO N-WORD"[2] | Physical |
| 1A | Louisville Metro Police Department Photographs of Mailing | USA-000656-000664 |
| 2 | White envelope with postmark 2 Nov 2020 PM 3 L, addressed to M.P. Contents of the envelope include another envelope with both the address and return address scratched out. Cutout letters on the inside of the inner envelope read, "n-word LeAVE We hatE Your Kind Last Chance." **(Count 1)** | Physical |
| 2A | Louisville Metro Police Department Photographs of Mailing | USA-000688-000695 |
| 2B | Image of mailing from FBI lab revealing obliterated text. | Lab Report |
| 3 | A white envelope with postmark 5 Nov 2020 PM 1 L, addressed to M.P. with a return address name of "N-LET DESTROYER" Contents of the envelope include a brown envelop with cutout letters that read, "MOVE OUT OR BULLETS!" **(Count 2)** | Physical |
| 3A | Louisville Metro Police Department Photographs of Mailing | USA-000675-000680 |
| 4 | White envelope with postmark 6 Nov 2020 PM 1 L, addressed to M.P., with a return address of "N-LET DESTROYER" Contents of the envelope include another envelope containing a piece of | Physical |

---

[1] For the privacy of the victims in this case, the victim's name and address have been omitted from the description of the mailing. *See* 18 U.S.C. § 3771.

[2] Due to the racially charged nature of the language at issue in this case, the United States has not directly quoted the language but has instead used commonly known euphemisms.

| | | |
|---|---|---|
| | cardboard from a Barilla pasta box, with cutout letters that read, "tWO DEaD n-LETS." **(Count 3)** | |
| 4A | Louisville Metro Police Department Photographs of Mailing | USA-000665-000674 |
| 5 | A white envelope with postmark 6 Nov 2020 PM 2 L, addressed to M.P., with a return address name of "N-LET DESTROYER" Contents of the envelope include a portion of another envelope with cutout letters that read "YOU will DiE B***H" **(Count 4)** | Physical |
| 5A | Louisville Metro Police Department Photographs of Mailing | USA-000681-000687 |
| 6 | A white envelope addressed to M.P. and a return address name of "N-LET DESTROYER. The outer envelope contained another sealed envelope. The inner envelope contained cutout letters attached to the part of the used envelope displayed to read what appears to be "Die Die Stupid N-word Die." **(Count 5)** | Physical |
| 6A | Louisville Metro Police Department Photographs of Mailing | USA-000353-000361 |
| 7 | A white envelope with six stamps addressed to Michelle Pineda. Contents include another white envelope which contains an envelope from Fifth Third Bank and two live ammunition rounds wrapped in a purple latex glove and cardboard from a Barilla pasta box. | Physical |
| 7A | Louisville Metro Police Department Photographs of Mailing | USA-00649-000655 |
| 8 | A white envelope containing a white piece of paper with cutout letters that read, "YOU HAD ENOUGH N-word b***H." | Physical |
| 8A | Louisville Metro Police Department Photographs of Mailing | USA-000698-000701 |
| 9 | A white envelope containing a white piece of paper with cutout letters that read, "DIE STUpID B***H MOVE OUT" | Physical |
| 9A | Louisville Metro Police Department Photographs of Mailing | USA-000704-000705 |
| 10 | Additional bullet provided by witness R.W. matching ammunition found in mail matter found by victims. | Physical |
| 11 | Photographs of ammunition provided by R.W. | USA-001678-001681 |
| 12 | Text messages between Craft and witness R.W. regarding bullets. | Provided to defense |
| 13 | Body Camera from LMPD Ofc. Doug Richardson regarding Craft 8/8/2019 report regarding neighbors at 506. | USA-001580 |
| 14 | Body Camera from LMPD Ofc. Gregory Streever responding to 6/7/2020 report by Michela Pineda that suspect, who she believed to be Craft, painted the following in her driveway: "Go away ni**ers" | USA-001580-001582 |

2

| 14A | Still photographs from Ofc. Gregory Streever body camera. | |
| 15 | Body Camera from LMPD Ofc. Doug Richardson responding to 6/16/2020 report from Connie Pineda of Craft spray painting "No Ni**ers" and a swastika on her driveway, and also damage her lawn. | USA-001585 |
| 15A | Still photographs from Ofc. Doug Richardson body camera. | |
| 16 | Nest Surveillance video from victims capturing 6/16/2020 driveway painting. | USA-000222-000224 |
| 17 | Body Camera from LMPD Ofc. David Kaak responding to 6/27/2020 report by M.P. that suspect, who she believed to be Craft, spray painted "Go N-word" and a swastika on her driveway. | USA-001584 |
| 17A | Still photographs from Ofc. David Kaak body camera | |
| 17B | LMPD Photographs of 6/27/2020 driveway painting | |
| 18 | Nest Surveillance video from victims capturing 6/27/2020 driveway painting. | USA-000225 |
| 19 | Court records for Jefferson District Court case 20-M-006022 | USA-000085-000183 |
| 20 | Cell Phone videos from victims showing incident with Craft on Gene Snyder highway. | USA-001563-001568 |
| 21 | Screenshot from R.W. phone displaying call log regarding S.W. July 28, 2022 call. | USA-001677 |
| 22 | S.W. July 28, 2022 voicemail to R.W. | USA-001676 |
| 23 | No registration for USPS informed delivery | USA-005112-005113 |
| 24 | Photos of victim family children found on Craft's cell phone | Cell Phone |
| 25 | United States Postal Service Explanation of USPS markings | Demonstrative |
| 26 | Craft cell phone contact card for M.P. | Cell Phone |
| | | |

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney


Stephanie M. Zimdahl
Christopher C. Tieke
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5912 (Fax)
Christopher.tieke@usdoj.gov
Stephanie.zimdahl@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.


Christopher C. Tieke
Stephanie M. Zimdahl

4