UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                                      Case No. 3:22-CR-00094-DJH

**SUZANNE CRAFT**                                                                     DEFENDANT

**UNOPPOSED MOTION FOR ADDITION TO PROTECTIVE ORDER**

Comes the United States of America, by and through counsel Christopher C. Tieke and Stephanie M. Zimdahl, Assistant United States Attorneys for the Western District of Kentucky, and moves the Court for entry of the accompanying addition to the Protective Order (DN 14) in this case. In accordance with its discovery obligations and the approaching trial date, the United States is disclosing copies of recorded forensic interviews in this case, and, in order to meet its obligations to the victims and other minors in this case, pursuant to 18 U.S.C. § 3771, the United States respectfully requests that the Court direct that the materials provided by the United States in connection with these recordings be disclosed only to counsel for the defendant and investigators working with said counsel, that no copies be made of the forensic interviews, that no distribution shall be made of images of the victims or minors from the recordings, and that the recordings be returned to the United States upon resolution of this action. In keeping with paragraph 7 of the original Protective Order, the United States requests that counsel for defendant not allow her client to possess or retain any discovery materials subject to the Protective Order – including this requested addition of the forensic interviews – without counsel being present. The United States does not seek any additional modification of the original Protective Order in this case.

The United States has conferred with counsel for the defendant and there is no objection from the defense to the entry of this Addition to the Protective Order.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*s/ Christopher C. Tieke*
Christopher C. Tieke
Stephanie M. Zimdahl
Assistant United States Attorneys
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911
Fax: (502) 582-5067

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*s/ Christopher C. Tieke*
Assistant United States Attorney