UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-94-DJH

SUZANNE CRAFT,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A final pretrial hearing was held in this matter on February 15, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Christopher C. Tieke |
| | Stephanie M. Zimdahl |
| For Defendant: | Angela M. Rea |

The defendant was present. The Court and counsel discussed the status of the case, including the parties' pretrial filings. (*See* Docket No. 21; D.N. 22; D.N. 23; D.N. 26) Counsel informed the Court that the parties are ready for trial. The Court and counsel reviewed trial procedures. Based on the discussion during the hearing, and without objection, it is hereby

**ORDERED** as follows:

(1) The trial of this matter, currently set for **March 6, 2023**, will commence at **9:00 a.m.**, at the U.S. Courthouse in Louisville, Kentucky. Counsel shall be present in Court by 8:30 a.m.

(2) A telephonic status conference may be scheduled by subsequent order.

February 15, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/55
Court Reporter: Dena Legg

1