UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA									PLAINTIFF

v.												Case No. 3:22-CR-00094-DJH

**SUZANNE CRAFT**									DEFENDANT

**PROTECTIVE ORDER**

This matter is before the Court on the unopposed motion of the United States of America for entry of an Addition to the Protective Order (DN 14) already entered in this case. **IT IS ORDERED** as follows:

1. The motion is **GRANTED**;

2. In addition to the terms of the Protective Order previously entered on August 30, 2022 (DN 14), it is further ordered that materials provided by the United States in connection with recordings of forensic interviews in this case are to be disclosed only to counsel for the defendant and investigators working with defense counsel, that no copies be made of the forensic interviews, that no distribution shall be made of images of the victims or minors from the recordings, and that the recordings shall be returned to the United States upon resolution of this action.

3. Counsel for defendant shall not allow her client to possess or retain of any discovery materials subject to this Protective Order—including recordings of forensic interviews—without counsel being present and will take all reasonable steps necessary to ensure that government discovery materials containing sensitive information are not improperly disclosed.

4. No copies of the above-referenced materials shall be made or distributed beyond those utilized by defense counsel and the investigator for defense counsel for case preparation.

**SO ORDERED.**

February 17, 2023

David J. Hale, Judge
United States District Court