UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                                                               CRIMINAL NO. 3:22-CR-00094-DJH

SUZANNE CRAFT                                                                                      DEFENDANT

## UNITED STATES' PRETRIAL MEMORANDUM
*– Filed Electronically –*

In its Pretrial Memorandum, the United States provided proposed voir dire questions. (DN 27). The United States hereby seeks to supplement and revise those proposed questions with the following:

14. Do you have any feelings toward any racial or ethnic group and/or gay marriage and/or sexual orientation which would cause you to judge a member of the group differently than you would judge a member of your own racial or ethnic group or sexual orientation?

The United States has conferred with counsel for the defendant, who has no objection to the proposed voir dire question.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

Stephanie M. Zimdahl
Christopher C. Tieke
Assistant United States Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2023 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.

Assistant United States Attorney