UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                       CRIMINAL NO. 3:22-CR-00094-DJH

SUZANNE CRAFT                                                                               DEFENDANT

### JOINT PROPOSED SUPPLEMENTAL JURY INSTRUCTION
*Electronically Filed*

The defendant, Suzanne Craft, through her counsel Angela Rea, and the United States of America, by counsel Stephanie Zimdahl and Christopher Tieke, hereby tender this supplemental jury instruction as requested by the Court:

> This case involves the oral and written use of racial slurs. The lawyers and the Court will use euphemisms in place of these racial slurs when addressing you and the witnesses. However, at times, the victims and witnesses in the case will need to use the actual words that were spoken and written because the use of the actual words is at issue in this case. In addition, and for the same reason, exhibits shown to you will contain the actual words written.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_____
Stephanie M. Zimdahl
Christopher C. Tieke
Assistant United States Attorneys
717 West Broadway
Louisville, Kentucky 40202

  s/ *Angela Rea*
Hon. Angela Rea
Assistant Federal Defender
Theatre Building
629 Fourth Avenue, Suite 200
Louisville, KY 40202
*Counsel for the defendant, Suzanne Craft*