UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-94-DJH

SUZANNE CRAFT,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

A telephonic status conference was held in this matter on March 2, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Christopher C. Tieke |
| | Stephanie M. Zimdahl |
| For Defendant: | Angela M. Rea |

The Court and counsel discussed the status of the case. The parties reported that they remain ready to proceed as scheduled with the trial.

March 2, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

1