UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| UNITED STATES OF AMERICA | PLAINTIFF |
|---|---|
| v. | CRIMINAL NO. 3:22-CR-00094-DJH |
| SUZANNE CRAFT | DEFENDANT |

**UNITED STATES OF AMERICA'S THIRD EXHIBIT LIST**
*Electronically Filed*

| EXH NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 1 | PVA map | USA-000210 |
| 2 | Interactive spherical photograph | Provided to defense |
| 3 | Photograph of Suzanne Craft | USA-007460 |
| 4 | White envelope with postmark 2 Nov 2020 PM 3 L, addressed to M.P.[1], Contents of envelope include a cutting from an advertisement for Owen Funeral Home and a white piece of paper with cutout letter that read, "GO N-WORD"[2] | Physical |
| 4A | Louisville Metro Police Department Photographs of Mailing | USA-000656-000664 |
| 4B | FBI Lab Photographs of Mailing | USA-000843-000892 |
| 5 | White envelope with postmark 2 Nov 2020 PM 3 L, addressed to M.P. Contents of the envelope include another envelope with both the address and return address scratched out. Cutout letters on the inside of the inner envelope read, "n-word LeAVE We hatE Your Kind Last Chance." **(Count 1)** | Physical |

---

[1] For the privacy of the victims in this case, the victim's name and address have been omitted from the description of the mailing. *See* 18 U.S.C. § 3771.
[2] Due to the racially charged nature of the language at issue in this case, the United States has not directly quoted the language but has instead used commonly known euphemisms.

| 5A | Louisville Metro Police Department Photographs of Mailing | USA-000688-000695 |
|---|---|---|
| 5B | FBI Lab Photographs of Mailing | USA-000843-000892 |
| 5C | Image of mailing from FBI lab revealing obliterated text. | USA-000842 |
| 6 | A white envelope with postmark 5 Nov 2020 PM 1 L, addressed to M.P. with a return address name of "N-LET DESTROYER" Contents of the envelope include a brown envelop with cutout letters that read, "MOVE OUT OR BULLETS!" **(Count 2)** | Physical |
| 6A | Louisville Metro Police Department Photographs of Mailing | USA-000675-000680 |
| 6B | FBI Lab Photographs of Mailing | USA-000843-000892 |
| 7 | White envelope with postmark 6 Nov 2020 PM 1 L, addressed to M.P., with a return address of "N-LET DESTROYER" Contents of the envelope include another envelope containing a piece of cardboard from a Barilla pasta box, with cutout letters that read, "tWO DEaD n-LETS." **(Count 3)** | Physical |
| 7A | Louisville Metro Police Department Photographs of Mailing | USA-000665-000674 |
| 7B | FBI Lab Photographs of Mailing | USA-000843-000892 |
| 8 | A white envelope with postmark 6 Nov 2020 PM 2 L, addressed to M.P., with a return address name of "N-LET DESTROYER" Contents of the envelope include a portion of another envelope with cutout letters that read "YOU will DiE B***H" **(Count 4)** | Physical |
| 8A | Louisville Metro Police Department Photographs of Mailing | USA-000681-000687 |
| 8B | FBI Lab Photographs of Mailing | USA-000843-000892 |
| 9 | A white envelope addressed to M.P. and a return address name of "N-LET DESTROYER. The outer envelope contained another sealed envelope. The inner envelope contained cutout letters attached to the part of the used envelope displayed to read what appears to be "Die Die Stupid N-word Die." **(Count 5)** | Physical |
| 9A | FBI Photographs of Mailing | USA-000353-000361 |
| 9B | FBI Lab Photographs of Mailing | USA-000843-000892 |

| 10 | A white envelope with six stamps addressed to Michelle Pineda. Contents include another white envelope which contains an envelope from Fifth Third Bank and two live ammunition rounds wrapped in a purple latex glove and cardboard from a Barilla pasta box. | Physical |
|---|---|---|
| 10A | Louisville Metro Police Department Photographs of Mailing | USA-00649-000655 |
| 10B | FBI Lab Photographs of Mailing | USA-000843-000892 |
| 11 | A white envelope containing a white piece of paper with cutout letters that read, "YOU HAD ENOUGH N-word b***H." | Physical |
| 11A | Louisville Metro Police Department Photographs of Mailing | USA-000698-000701 |
| 11B | FBI Lab Photographs of Mailing | USA-000843-000892 |
| 12 | A white envelope containing a white piece of paper with cutout letters that read, "DIE STUpID B***H MOVE OUT" | Physical |
| 12A | Louisville Metro Police Department Photographs of Mailing | USA-000704-000705 |
| 12B | FBI Lab Photographs of Mailing | USA-000843-000892 |
| 13 | Additional bullet provided by witness R.W. matching ammunition found in mail matter found by victims. | Physical |
| 14 | Photographs of ammunition provided by R.W. | USA-001678-001681 |
| 15 | Family photograph | USA-000843-000892 |
| 16 | Photograph of victim's residence at Edgeforest Place, Louisville, Kentucky | USA-000721 |
| 17 | Photograph of victim's mailbox at Edgeforest Place, Louisville, Kentucky | USA-000710 |
| 18 | Photographs of driveway painting that occurred at victims' residence at Edgeforest Place, Louisville, Kentucky on or about June 7, 2020. | USA-000258 |
| 19 | Photographs of the driveway painting that occurred at victim's residence at Edgeforest Place, Louisville, Kentucky on or about June 16, 2020. | USA-000711-000713 |

| | | |
|---|---|---|
| 20A | Timestamp image from Nest Surveillance video on June 16, 2020, at 3:27 AM | |
| 20B | Nest Surveillance video from victims capturing June 16, 2020, driveway painting. | USA-000222-000224 |
| 21 | Photographs of driveway painting that occurred at victim's residence at Edgeforest Place, Louisville, Kentucky on or about June 27, 2020. | USA-000644-000645& 000647 |
| 22A | Timestamp image from Nest Surveillance video on June 27, 2020, at 2:41 AM | |
| 22B | Nest Surveillance video from victims capturing June 27, 2020, driveway painting. | USA-000225 |
| 23A | Three timestamped images from Nest Surveillance video on October 18, 2020, at 1:41 AM, 1:46 AM, and 1:47 AM | |
| 23B | Victim's Nest Surveillance video from October 18, 2020 | USA-001631 |
| 23C | Victim's Nest Surveillance video from October 18, 2020 | USA-001632 |
| 23D | Victim's Nest Surveillance video from October 18, 2020 | USA-006352 |
| 24A | Timestamp image from Nest Surveillance video on November 1, 2020, at 2:42 AM | |
| 24B | Victim's Nest Surveillance video from November 1, 2020 | USA-001698 |
| 25 | Surveillance video from Edgeforest Place, Louisville, Kentucky on June 7, 2020, at 1:49 AM | USA-001713 |
| 26 | Surveillance video from Edgeforest Place, Louisville, Kentucky on June 16, 2020 | USA-001714 |
| 27 | Surveillance video from Edgeforest Place, Louisville, Kentucky on June 27, 2020, at 2:41 AM | USA-001720 |
| 28 | United States Postal Service Explanation of USPS markings | Demonstrative |
| 29 | Text messages between Craft and witness R.W. regarding bullets. | Provided to defense |
| 30 | Screenshot from R.W. phone displaying call log regarding S.W. July 28, 2022, call. | USA-001677 |
| 31 | S.W. July 28, 2022, voicemail to R.W. | USA-001676 |
| 32 | FBI lab latent fingerprint photograph | USA-007471 |
| 33 | NGI Screenshot | USA-007472 |
| 34 | Latent fingerprint demonstrative | Demonstrative |
| 35 | iPhone 8+ S/N F17WG09KJCLM | Physical |

| 36 | iPhone 8+ S/N F17WG09KJCLM forensic image and report | Marked for Identification |
|---|---|---|
| 36A | Contact card for victim found on Craft's phone | Provided to defense on hard drive |
| 36B | Messages from Craft to victim | Provided to defense on hard drive |
| 36C-K | Photographs of victim family found on Craft's phone | Provided to defense on hard drive |
| 37 | Craft jail call with J.M. on October 13, 2022, at 5:35 PM (clipped) | USA-005944 |
| 38 | Craft jail call with J.M. on October 14, 2022, at 6:26 PM (clipped) | USA-005948 |
| 39 | Video timestamp demonstrative from Edgeforest Place, Louisville, Kentucky | Demonstrative |
| 40 | Video timestamp image from Edgeforest Place, Louisville, Kentucky on March 3, 2023 | USA-007470 |

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

Stephanie M. Zimdahl
Christopher C. Tieke
Assistant United States Attorneys
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911

CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

Christopher C. Tieke
Stephanie M. Zimdahl