*Joint Proposed Instruction 404(b)*

### 7.13 OTHER ACTS OF DEFENDANT

(1) You have heard testimony that the defendant committed acts other than the ones charged in the indictment. If you find the defendant did those acts, you can consider the evidence only as it relates to the government's claim on the defendant's motive and identity. You must not consider it for any other purpose.

(2) Remember that the defendant is on trial here only for mailing threatening communications to the victims, not for the other acts. Do not return a guilty verdict unless the government proves the crime charged in the indictment beyond a reasonable doubt.

**FILED**
JAMES J. VILT, JR. - CLERK
MAR 07 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY