UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                         Plaintiff,

v.                                                     Criminal Action No. 3:22-cr-94-DJH

SUZANNE CRAFT,                                                    Defendant.

\* \* \* \* \*

### AGREED INSTRUCTION LIMITING USE OF TESTIMONY OF RACIAL SLURS

The United States has presented and may present further evidence that, in 2019 and 2020, Ms. Craft's daughter used racial slurs against one of the victim children. The jury may not (1) attribute the racial slurs to Ms. Craft, (2) infer that Ms. Craft taught her daughter to use the racial slurs, or (3) infer that Ms. Craft instructed her daughter to use the racial slurs against one of the victim children.

FILED
JAMES J. VILT, JR. - CLERK
MAR 07 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

1