FILED
JAMES J. VILT, JR. - CLERK

MAR 0 6 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# JURY LIST

**UNITED STATES V. SUZANNE CRAFT**
Case Number: 3:22CR-94
JUDGE DAVID J. HALE

Date: __March 6, 2023__

**Courtroom Deputy:** Natalie Thompson      **Court Reporter:** Dena Legg

**US:** _____      **Defendant:** _____

## Proposed Jury Panel
(Please make your strikes below & give back to the Courtroom Deputy)

| | | | |
|---|---|---|---|
| 1) 1̶ US | 13) 45 | 25) 157 | 37) 261 |
| 2) 2̶ US | 14) 1̶5̶ US Δ | 26) 159 | 38) 263 |
| 3) (5) | 15) 82 | 27) 1̶7̶1̶ Δ | 39) 268 |
| 4) (11) | 16) 103 | 28) 196 | 40) 299 |
| 5) 12 | 17) 112 | 29) 208 | 41) (295) |
| 6) 13 | 18) 118 | 30) 215 | 42) 2̶9̶6̶ US |
| 7) 1̶4̶ US | 19) (120) | 31) (223) | 43) 297 |
| 8) 18 | 20) 1̶2̶3̶ US Δ | 32) (227) | 44) 313 |
| 9) 28 | 21) 1̶3̶9̶ Δ | 33) 2̶3̶5̶ US Δ | 45) 3̶1̶8̶ Δ |
| 10) 29 | 22) (145) | 34) 245 | 46) 321 |
| 11) 31 | 23) (153) | 35) 247 | 47) (323) |
| 12) (36) | 24) 156 | 36) (250) | 48) (340) |

49. 342
50. (346)
51. (348)

## Excused & Stricken For Cause

| | | | |
|---|---|---|---|
| 1) 26 | 5) 90 | 9) 149 | 13) ____ |
| 2) 32 | 6) 122 | 10) 254 | 14) ____ |
| 3) 68 | 7) 124 | 11) 276 | 15) ____ |
| 4) 89 | 8) 130 | 12) 349 | 16) ____ |