# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

## CRIMINAL COURT PROCEEDINGS – TRIAL

| | | | |
|---|---|---|---|
| **Case Number:** | 3:22cr-94 | **Date:** | March 7, 2023 |
| **Case Title:** | United States v. Suzanne Craft | | |
| **Before:** | Judge David J. Hale | | |

| **Present** | **Court Reporter:** | Dena Legg |
|---|---|---|
| | **Courtroom Deputy:** | Natalie Thompson |
| | **United States:** | Chris Tieke |
| | | Stephanie Zimdahl |
| | **Defendant:** | Angela Rea |

| **Jury Impaneled & Sworn:** | | **Date:** | March 6, 2023 |
|---|---|---|---|

| **Introduction of Evidence for United States:** | **Begun:** | March 7, 2023 |
|---|---|---|
| | **Resumed:** | |
| | **Concluded:** | |
| **Introduction of Evidence for Defendant** | **Begun:** | |
| | **Resumed:** | |
| | **Concluded:** | |

| **Rebuttal Evidence:** | | **Sur-Rebuttal Evidence:** | | **No Evidence Presented:** | |
|---|---|---|---|---|---|

| | **Case continued to** | March 8, 2023 at 9:00 a.m. | **for further trial.** |
|---|---|---|---|

| | **Motion for Judgment of Acquittal:** | **Granted:** | | **Denied:** | | **Submitted:** | |
|---|---|---|---|---|---|---|---|

| | **Jury retired to deliberate at:** | | **Jury returned at:** | |
|---|---|---|---|---|

| | **Finding by Court:** | | OR | **Jury Verdict:** | |
|---|---|---|---|---|---|

| | **Jury Polled:** | | **Polling Waived:** | | **Mistrial Declared:** | |
|---|---|---|---|---|---|---|

| | **Case continued to** | | **for sentencing.** |
|---|---|---|---|

| | **Defendant to remain on bond:** | | OR | **Defendant to remain detained:** | |
|---|---|---|---|---|---|

| **Court Time:** | 06/00 | | **Initials of Deputy Clerk:** | NWT |
|---|---|---|---|---|