# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

## CRIMINAL COURT PROCEEDINGS – TRIAL

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 3:22cr-94 | | **Date:** | March 8, 2023 |
| **Case Title:** | United States v. Suzanne Craft | | | |
| **Before:** | Judge David J. Hale | | | |

| | | |
|---|---|---|
| **Present** | **Court Reporter:** | Dena Legg |
| | **Courtroom Deputy:** | Natalie Thompson |
| | **United States:** | Chris Tieke |
| | | Stephanie Zimdahl |
| | **Defendant:** | Angela Rea |

| | | | |
|---|---|---|---|
| **Jury Impaneled & Sworn:** | | **Date:** | March 6, 2023 |

| | | |
|---|---|---|
| **Introduction of Evidence for United States:** | **Begun:** | |
| | **Resumed:** | March 8, 2023 |
| | **Concluded:** | |
| **Introduction of Evidence for Defendant** | **Begun:** | |
| | **Resumed:** | |
| | **Concluded:** | |

| | | | |
|---|---|---|---|
| **Rebuttal Evidence:** | **Sur-Rebuttal Evidence:** | | **No Evidence Presented:** |

| | |
|---|---|
| **Case continued to** | March 9, 2023 at 9:00 a.m.   **for further trial.** |

| | | | |
|---|---|---|---|
| **Motion for Judgment of Acquittal:** | **Granted:** | **Denied:** | **Submitted:** |

| | | |
|---|---|---|
| **Jury retired to deliberate at:** | | **Jury returned at:** |

| | | |
|---|---|---|
| **Finding by Court:** | OR | **Jury Verdict:** |

| | | |
|---|---|---|
| **Jury Polled:** | **Polling Waived:** | **Mistrial Declared:** |

| | |
|---|---|
| **Case continued to** | **for sentencing.** |

| | | |
|---|---|---|
| **Defendant to remain on bond:** | OR | **Defendant to remain detained:** |

| | | | |
|---|---|---|---|
| **Court Time:** | 05/20 | **Initials of Deputy Clerk:** | NWT |