UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
MAR 09 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                                              CRIMINAL NO. 3:22-CR-00094-DJH

SUZANNE CRAFT                                                       DEFENDANT

**STIPULATIONS OF FACT**

The defendant, Suzanne Craft, through her counsel Angela Rea, and the United States of America, by counsel Stephanie Zimdahl and Christopher Tieke, stipulate and agree to the following set of facts:

On or about November 13, 2020, the items identified as United States Exhibits 4, 5, 6, 7, 8, 10, 11, 12 were taken into custody as evidence by the Louisville Metro Police Department. (LMPD).

Subsequently, on or about December 16, 2020, the items identified as United States Exhibits 4, 5, 6, 7, 8, 10, 11, 12 were transferred from the custody of LMPD to the custody of the United States Postal Inspection Service (USPIS) where they were maintained in evidence.

Later, on or about December 22, 2020, the items identified as United States Exhibits 4, 5, 6, 7, 8, 10, 11, 12 were transferred from the custody of USPIS to the custody of the Federal Bureau of Investigation where they were maintained in evidence.

The parties do not dispute this fact.

Agreed to this ____ day of March 2023.

_____
Suzanne Craft
Defendant

_____
Angela Rea
Counsel for the Defendant

_____
Stephanie Zimdahl
Christopher Tieke
Assistant United States Attorneys

*Stipulation #1*
*DJH*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                              CRIMINAL NO. 3:22-CR-00094-DJH

SUZANNE CRAFT                                                                        DEFENDANT

### STIPULATIONS OF FACT

The defendant, Suzanne Craft, through her counsel Angela Rea, and the United States of America, by counsel Stephanie Zimdahl and Christopher Tieke, stipulate and agree to the following set of facts:

On July 28, 2022, at approximately 12:48 p.m., counsel for the United States sent counsel for Suzanne Craft a letter indicating that Suzanne Craft was the target of a federal investigation into potential federal criminal violations involving the mailing of threatening communications and the interference of the right to fair housing. That same day, and no later than 8 p.m., the contents of the letter were communicated to Ms. Craft.

The parties do not dispute this fact.

Agreed to this 6th day of March 2023.

_____                           _____
Suzanne Craft                                                              Angela Rea
Defendant                                                                   Counsel for the Defendant

                                                                            _____
                                                                            Stephanie Zimdahl
                                                                            Christopher Tieke
                                                                            Assistant United States Attorneys

Stipulation #2
DJH