FILED
JAMES J. VILT, JR. - CLERK

MAR 10 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# JURY LIST

**UNITED STATES V. SUZANNE CRAFT**
Case Number: 3:22CR-94
**JUDGE DAVID J. HALE**

**Jury Impaneled & Sworn on:** March 6, 2023

**Jury Panel:**

1) 5
2) 11
3) 36
4) 120
5) 145
6) 153
7) 223
8) 227
9) 250
10) 295
11) 323
12) 340
13) 346
14) 348
15) 
16) 
17) 
18) 
19) 
20) 

Alternates: 5, 340                Foreman: _____

Jury retires to deliberate at: 1:20 p.m.     Jury Returns at: _____

Jury Verdict: ✓                  Mistrial Declared: _____

Jury Polled: _____             Waived: ✓

Def remain on bond: _____      Detained: ✓

Case continued to: Sentencing on June 21, 2023 at 9:30 a.m.

Notes: _____