

FILED
JAMES J. VILT, JR. - CLERK

MAR 10 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-94-DJH

SUZANNE CRAFT,     Defendant.

\* \* \* \* \*

### VERDICT FORM

We, the jury, find the defendant, **SUZANNE CRAFT**,

As to Count 1:
GUILTY ✓     NOT GUILTY _____

As to Count 2:
GUILTY ✓     NOT GUILTY _____

As to Count 3:
GUILTY ✓     NOT GUILTY _____

As to Count 4:
GUILTY ✓     NOT GUILTY _____

As to Count 5:
GUILTY ✓     NOT GUILTY _____

DATE     FOREPERSON
03-10-23     145

If you find the defendant, **SUZANNE CRAFT**, guilty as charged of one or more of the charges, then you must address the special verdict questions below. If you find the defendant, **SUZANNE CRAFT**, not guilty as charged of all of the charges, then you will ignore the special verdict questions.

43

## SPECIAL VERDICT QUESTIONS

We, the jury, having found the defendant, **SUZANNE CRAFT**, guilty of one or more of the offenses charged the indictment, further unanimously find that she selected the victims of the threatening communication because of their actual or perceived race or color.

As to Count 1 (if applicable):

YES ✓     NO ____

As to Count 2 (if applicable):

YES ✓     NO ____

As to Count 3 (if applicable):

YES ✓     NO ____

As to Count 4 (if applicable):

YES ✓     NO ____

As to Count 5 (if applicable):

YES ✓     NO ____

DATE
3-10-23

FOREPERSON
145

44