## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

### CRIMINAL COURT PROCEEDINGS – TRIAL

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 3:22cr-94 | | **Date:** | March 10, 2023 |
| **Case Title:** | United States v. Suzanne Craft | | | |
| **Before:** | Judge David J. Hale | | | |

| **Present** | **Court Reporter:** | Dena Legg |
|---|---|---|
| | **Courtroom Deputy:** | Natalie Thompson |
| | **United States:** | Chris Tieke |
| | | Stephanie Zimdahl |
| | **Defendant:** | Angela Rea |

| **Jury Impaneled & Sworn:** | | **Date:** | March 6, 2023 |
|---|---|---|---|

| **Introduction of Evidence for United States:** | **Begun:** | |
|---|---|---|
| | **Resumed:** | |
| | **Concluded:** | |
| **Introduction of Evidence for Defendant** | **Begun:** | |
| | **Resumed:** | March 10, 2023 |
| | **Concluded:** | March 10, 2023 |

| **Rebuttal Evidence:** | | **Sur-Rebuttal Evidence:** | | **No Evidence Presented:** | X |
|---|---|---|---|---|---|

| | **Case continued to** | | **for further trial.** |
|---|---|---|---|

| **Motion for Judgment of Acquittal:** | **Granted:** | | **Denied:** | X | **Submitted:** | |
|---|---|---|---|---|---|---|

| **Jury retired to deliberate at:** | 1:20 p.m. | **Jury returned at:** | 2:50 p.m. |
|---|---|---|---|

| **Finding by Court:** | | OR | **Jury Verdict:** | X |
|---|---|---|---|---|

| **Jury Polled:** | | **Polling Waived:** | X | **Mistrial Declared:** | |
|---|---|---|---|---|---|

| **Case continued to** | June 21, 2023, at 9:30 a.m. | **for sentencing.** |
|---|---|---|

| **Defendant to remain on bond:** | | OR | **Defendant to remain detained:** | X |
|---|---|---|---|---|

| **Court Time:** | 03/45 | | **Initials of Deputy Clerk:** | NWT |
|---|---|---|---|---|