## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                                    CRIMINAL ACTION NO. 3:22-CR-94-DJH

SUZANNE CRAFT                                               DEFENDANT

### ORDER

The jury having been sequestered by the Court during the lunch hour on Friday, March 10, 2023,

**IT IS HEREBY ORDERED** that the Clerk of the Court purchase lunch for the jury, the amount totaling $133.13 ($118.13 and $15.00 tip).

Dated this 10th day of March 2023.


**ENTERED BY ORDER OF COURT:**
**DAVID J. HALE, JUDGE**
**UNITED STATES DISTRICT COURT**
**JAMES J. VILT, JR., CLERK**

By: _s/ Sheena Smith, Jury Administrator_


**Received 3/10/23:** _Natalie Thompson_

Natalie Thompson, Case Manager for
Judge David J. Hale


Copies:  Finance Department