UNITED STATES DISTRICT COURT
Western District of Kentucky
**EXHIBIT INVENTORY**

CASE NUMBER: 3:22-CR-00094-DJH
STYLE OF CASE: USA v. Suzanne Craft

Received from: D. Legg   Received by: _AMY_   Date: 3/13/23

PROCEEDINGS: Jury Trial (March 6-10, 2023)

**Plaintiff:**

| | | | **Defendant:** |
|---|---|---|---|
| 1 – map | 21 – photos | 40 – photo | 1 – video |
| 2 – photo | 22A – photo | 41 – photo | |
| 3 – photo | 22B – video | 43 – text message | |
| 4A & B – photos | 23A – photos | 44 – text messages | |
| 5A, B & C – photos | 23C & D – videos | | |
| 6A & B – photos | 24A – photo | | |
| 7A & B – photos | 24B – video | | |
| 8A & B – photos | 25 – video | | |
| 9A & B – photos | 26 – video | | |
| 10A & B – photos | 27 – video | | |
| 11A & B – photos | 29 – text messages | | |
| 12A & B – photos | 30 – call log screenshot | | |
| 14 – photos | 31 – voicemail | | |
| 15 – photo | 32 – photo | | |
| 16 – photo | 33 – NGI screenshot | | |
| 17 – photo | 36A – Apple contact card | | |
| 18 – photo | 36B – text messages | | |
| 19 – photo | 36C-K – photos | | |
| 20A – photo | 37 – jail call | | |
| 20B – video | 38 – jail call | | |

**FILED**
JAMES J. VILT, JR. - CLERK
MAR 13 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

(Note: Government retained Gov. Exhibits 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 35)

DISPOSITION OF EXHIBITS:
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____

OTHER DISPOSITON: _____
DATE: _____ RETURNED BY: _____  Deputy Clerk