UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                                                                               CRIMINAL NO. 3:22-CR-00094

SUZANNE CRAFT                                                                             DEFENDANT

### AGREED MOTION TO RESCHEDULE SENTENCING HEARING
*Electronically Filed*

Comes the United States of America, by counsel, and moves the Court to grant an agreed motion to reschedule the Sentencing Hearing in this case, currently scheduled for June 21, 2023, due to a scheduling conflict on that date. The undersigned has conferred with counsel for defendant who agrees with this motion and the parties have further agreed to a new proposed date for the sentencing hearing.

WHEREFORE, the United States respectfully requests that the Court enter the proposed Order.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

/s/ *Stephanie M. Zimdahl*
Stephanie M. Zimdahl
Christopher C. Tieke
Assistant United States Attorneys
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911217

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ *Stephanie M. Zimdahl*
Assistant United States Attorney