UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                                                      CRIMINAL NO. 3:22-CR-00094

SUZANNE CRAFT                                                                           DEFENDANT

## ORDER

This matter having come before the Court on the Agreed Motion of the United States to Reschedule Sentencing Hearing in this case, currently scheduled for June 21, 2023, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the United States' motion is **GRANTED**.

**IT IS FURTHER ORDERED** that that the Sentencing Hearing of June 21, 2023, is remanded from the Court's docket and will be reset by further order of the Court.