# EXHIBIT A

# (Video provided)