# Receipt of Non-Electronic Document

**Case #:** 3:22-cr-00094-DJH-1

**Date Filed:** June 26, 2023

**Filer & Counsel:** USA/Christopher C. Tieke (USA)

**Received by:** Kim Ferguson

**Re: Document No., if applicable:**
DN 69-1

**Detailed Description of Document(s) filed, but NOT SCANNED:**

thumb drive of video (Exhibit A)