The Honorable David J. Hale
Judge, United States District Court
Western District of Kentucky
Louisville, Ky.

Dear Judge Hale;

I am communicating with you today on behalf of Suzanne R. Craft who was convicted of mailing threats to her neighbors relating to civil rights violations. I was shocked to learn of these allegations and admit I have limited information on the specifics of the case, relying largely on initial and recent news reports.

I retired from the Boone County Sheriff's Department in Columbia, Mo., in 2019 after 31 years of service. I was a patrol deputy, D.A.R.E. officer and spent the last fifteen years as a detective. I was also the official media spokesperson for many of these years. I have always had the utmost respect for the law, our judicial system and juries.

I have known Suzanne since the 1980s when we were both students at the University of Missouri where she was an undergraduate and I was a graduate student. Suzanne left Columbia shortly after obtaining her undergraduate degree but we have stayed in contact ever since.

I've always known Suzanne to be a good person. She has always maintained steady employment, avoided serious legal problems (until now) and has made her daughter, Sara, age 15, her number one priority. I suggested to her years ago instead of cobbling together two or three part-time jobs she should consider getting a "8 to 5" with benefits and other "perks." Suzanne told me the multiple part-time jobs allowed her better flexibility to care for her daughter. I really couldn't find fault with that. Suzanne has told me of the numerous activities her daughter is involved with, Girl Scouts, Archery Club, playing a musical instrument, athletic teams and other positive extracurricular programs. I also understand Sara is doing extremely well academically.

Being in law enforcement I'm sure you can understand my politics are "right of center" but certainly what I would consider "moderate." I found it unbelievable Suzanne would engage in this type of behavior toward someone because of their race, creed, sexual orientation, etc. Suzanne's politics are "left of center" and she always advocated on behalf of these groups. These charges and subsequent proceedings continue to puzzle me.

I have never been in the habit of trying to influence a judge's decision on sentencing and have no intention of doing so in this case. I respect the decision of the jury but ask for some type of leniency with Suzanne. I am sure she has learned from this experience and I can reasonably say, having known her for all these years, there will be no recurrence from her with this type of behavior.

Thank you for your service on the bench and taking the time to consider my comments.

Thomas P. O'Sullivan

Columbia, Mo.,
(573) 443-

TO: Angela Rea

FROM: Nancy Rutherford, Ph.D.

DATE: June 20, 2023

RE: Support for Suzanne Craft

I am writing this letter in support of my niece, Suzanne Craft. I know very little about the charges and conviction for which she is being sentenced, as the family kept all information from me while my husband lost a long battle to stomach cancer.

However, I have known Suzy her whole life. She was my flower girl when I was married in 1973. Tragically, she did suffer abuse by her stepfather when she was young, and she has had a lot to overcome. Over all these years, Suzy has been strongly devoted to family. She is the one who consistently checked on her grandparents, aunts and uncles, and cousins. She always demonstrated tolerance and acceptance of the wide range of perspectives in our family.

Suzy is particularly devoted to, and protective of, her daughter, Sara. Sara is the focus of her life, and Suzy has been a very nurturing parent. Sara is an outstanding student, an accomplished flautist, and competitive in archery. Suzy has been instrumental in Sara's development. Additionally, Suzy has been very supportive of her mother, Jo Ann Mangus (my sister), who is approaching 80 years old.

Please give Suzanne Craft your most generous consideration.

July 20. 2023

Elizabeth M Michel

Charlottesville, VA

Chad Carter
Office of the Federal Defender
629 South Fourth St Suite 200
Louisville, KY 40202

Dear Sir,

I am writing in support of my niece, Suzanne Craft, who is up for sentencing and will be filing an appeal in Federal Court on July 6.

I have known Suzi since she was born. She has always been a loving part of our large extended family. She and I have talked regularly on the phone through the years, and I am always impressed by her concern for her grandmother, her devotion to her daughter Sara, her love of animals and now concern for her mother who has been taking care of her home and pets.

Despite the abuse from her stepfather as a little girl Suzi has led a fairly productive life. The birth of her daughter Sara brought her to Louisville so as to live close to her mother. She has been very protective of Sara. Sara has become an accomplished highschool who excels in her studies, plays flute and piano and participates in archery and golf.

Suzi has volunteered as a poll worker at election time. She has never shown prejudice towards any group of people. I don't know what happened in her neighborhood. I only know that she has maintained her innocence to me. As her loving aunt, I pray that her case is given a second look.

Thank you for your consideration.

Elizabeth M Michel

Valerie Hesse

House Springs, MO 63051

(314) 308-

June 25, 2023

Dear Judge Hale,

I am writing today on behalf of my first cousin Suzanne Craft.

Suzanne's mom Joanne and my Dad Charlie Becker were siblings. My dad was the oldest and Joanne was the 2nd oldest. With that said, I've known Susie her entire life as we both grew up in Missouri. I was in St. Louis she was in Jefferson City. We had family gatherings at Grandma's house in the St Louis area for all holidays and we visited Jefferson City to see Aunt Joanne and family (Suzy, Jeff and Chris). Since we've gotten older and moved around the country, we've stayed connected. Susy always remembers my birthday -- she's like the glue that keeps us all connected in this busy life. Susy always calls and/or text (we stay connected). I've never been as about that stuff myself (especially birthdays). Susy is one of the kindest genuine people I know, and I have never seen her display a mean act to anyone, so this situation does not represent her at all. This has been very difficult on all family not just her daughter Sara.

Suzy is a hardworking, caring mother to Sara who is just 15 years old. Raising Sara is her top priority, so this separation has been extremely difficult. Suzy was there for her until this event. Suzy's a caring person and has a gift to befriend feral cats. She's rescued 6 cats. This takes patients. I recently adopted a feral cat which took 2 full years (feeding her nightly – watching to run off racoons) who also like cat food. Animals know who are trustworthy and Suzy's genuine will not fail.

We're all under an enormous amount of stress and Susie is not a criminal and I'm asking you honor her attorney's request for latency for her time served. Suzy can then get on with her life with her daughter (which will be a challenge) with everything that has happened. Parenthood is the most important job we will ever have so I pray you will allow her to get back to her most important job. Suzy and I will always stay connected, and I will do all I can to support her in her journey. I am personally a member of AA, Alanon, and Adult Children of Alcoholics and Dysfunctional Families. I attend these meetings weekly and carry the message of hope to others. I will be there for Suzy.

Thanks for reading my letter and I hope it helps you to see Suzy's character -- these actions do not represent Suzy's character.

Many thanks,

Valerie Hesse

# MEMO

**TO:** Attorney Angela Rea

**FROM:** Colonel William R. Becker (USAF Ret.), Uncle of Suzi Craft

**DATE:** June 25, 2023

**SUBJECT:** Letter of Support

This memorandum is a letter of support for your client, Ms. Suzi Craft, who faces sentencing in the coming month. I have known Suzi her entire life and visited her through the years while a member of the armed forces and the airlines. Ms. Craft faced challenges as a vulnerable child and uses those lessons nurturing her daughter Sara. She is an outstanding mother of a child who misses her. I hope that they can be reunited in freedom with a sentence of time served.

Suzi's mother, my sister, moved back into my childhood home with her three children after divorcing her husband. It was a difficult time for all with the children missing their father and for my older parents, who dealt with the fallout from the breakup. I believe this stress caused my sister to look for a quick exit, marrying an older man. This individual ended up abusing a young child, his stepdaughter Suzi, for years before being found out, causing my sister to drop the second marriage. Suzi has dealt with the history of abuse her entire life. I believe it hurt her mentally but instilled a sense of duty to bring up her daughter Sara in the right manner. Her experience being abused taught her to be a protective and devoted mother. She loves Sara with all her heart.

I commanded hundreds of military personnel while serving and was briefed weekly on legal matters with my personnel. Suzi's case is one of the most bizarre stories I've ever heard. I hope our taxpayer dollars are being spent on deserving criminals and that Suzi and Sara may continue their lives together with a sentence of time served.

Thank you for your help and support in this matter.

Rec'd 7/10/23
S. Craft

June 26, 2023

To: The Honorable David J. Hale
Western District of Kentucky

Dear Judge Hale,

This letter is in regard to the sentencing of my daughter, Suzanne Craft. I am asking you to have leniency in the sentencing.

Suzanne has been incarcerated since last August, first in Oldam County and now in Grayson County.

Her daughter was not able to see her in person until she was transferred to Grayson County. Before that, they had weekly internet visits. Grayson does not have internet visits, so we have visited Suzanne in Grayson County - the visits are 15 minutes and in a windowed/telephone visiting area.

This has been a stressful, sad time for our family. Sara is 15 and has just completed her Freshman year at Eastern High School.

She is in the Honors program and Band and has achieved A's and B's.

Suzanne is, of course, pleased that she is maintaining her good scholastic record. She was/is an exceptional parent when it came to Sara's education and expectations. These crucial final years in high school are so very important and formative for Sara.

I sincerely hope Suzanne can be part of these years.

I understand there are issues that need addressing. Perhaps, if you wish, an in-person visit with me could shed more light on how we are now at this point.

Suzanne and her two brothers were honor students as well. Geoffrey served at West Point and then five years in the military which included the Gulf War. Christopher was a National Merit Scholar who volunteered for the Army upon graduation from Washington University, and then entered law school - he is the Civil Attorney for the City of North Las Vegas.

I was a single mom for some of their youth

and strongly feel that there is much good in our family and especially in Suzanne.

I have never known Suzanne to be a biased person towards ethnicity or sexual persuasions. Our own family is very diverse in this respect, and her brother's wife is South Korean. Jennifer is also an attorney in Las Vegas.

There is so much good in Suzanne, and I know that she can be an asset in society and a strong and positive influence on Sara.

Please consider this in your sentencing. I can be reached at 502-523-

Sincerely,
Jo Ann Marques
(Mother)

Rec'd 7/10/23
S. Craft

July 6, 2023

To Whom It May Concern,

I wanted to write a character reference letter for the Suzi Craft that I know. We first met when our girls, her daughter and my granddaughter, both joined the archery team at Crosby Middle School in sixth grade. The girls will be sophomores next year. From the beginning, I saw a mom who gave 110% to see that her daughter was involved in a variety of activities and had what she needed. The girls became good friends and we looked for opportunities to provide them experiences to do fun things together. This also gave us opportunity to get to know each other as well. We often went to eat together after archery practices and tournaments. Suzi often brought treats to practices for all of the team members to share following practice. Suzi and I even stayed connected during this past archery season as we would text each other about the tournament dates and scores.

I would describe Suzi as a hardworking and loving mom who put her daughter and her daughter's well-being above everything else. It was obvious in everything she did. Sara is a very respectful, polite young girl who developed into a lovely young lady under her mother's care. At the young age of 15, Sara needs her mom. I am heartbroken to think of her being without the experiences that a mother and daughter build together.

The girls are still close and I hope there will be opportunities for all of us to be able to share more memories together in the future.

Praying for a positive outcome,

Carla Fentress

Rec'd 7/17/23

July 3, 2023

Dear Judge Hale,

You may have heard of me already, but my name is Sara Watts. I am the sole daughter of the defendant Suzanne Craft in the current court case that you are partaking in. Regarding the upcoming trial, I understand you may not have total control of the outcome of it, considering there is a jury involved. However, I shall make an earnest attempt at informing you about my mother. Not about who she is as a counterpart in the on going court case, but who she is as a person and a mother through my eyes.

All my life, my mother has always been there for me. Whenever I had a problem or a question, she would be quick to answer it or to aid me. She never once

failed to push herself or to strive to keep me in good health, like a mother should. Unfortunatley, unlike some moms, she had a rough childhood.

I can't recal the amount of times she told me the sorrowful soory of how her second father treated her. He would often insult her, bully her and touch her inappropriately. After he divorced her mom, I belive my mom was still emotionally scared. It's not very obvious at first when you meet her, but at night she sometimes cries about it still, which is how she relayed the story to me countless of times. In the end I can't help but feel so bad for her. So, what I would do to help her is to do small things to cheer her up. I'd play some songs on the piano, I'd bring her some water and tissues, or I'd simply talk to her for a while.

After I'd do this, she would normally feel a lot better and peacefully go to sleep. I may not be the best at comforting people, but those moments where I was able to pull her out of that dark place proved that it was worth it the next time.

Flash forward a couple of years, I'm in the middle of highschool and I had not seen my mother in person for several months. School had started to put a lot of pressure on me and I had recently learned that I was going to see my mother face to face for the first time in several months. A long drive later, we arrive at the prison and I see my mom. She has bags under her eyes and looks absolutely broken. During our talk she breaks out in tears several times, something that had happened a few times during our video and

Phone calls. As we leave I can't help but think what she had been doing all those nights she had spent being away from me. The amount of times she cried to herself or to others about her daughter or her past. About how much she really needed me in her arms to comfort her.

I fear that if she looses the next court case, I may never be able to see her again. I fear about how much worse school will be without her by my side to guide me through it all. Be it High school or prison, we still need eachother to push through it all.

Please, Judge Hale, put my words into consideration.

Yours sincerely,
Sara Watts

*Sara Watts*

CHRISTOPHER D. CRAFT

Las Vegas, NV
(702) 234-

July 18, 2023

Judge David Hale
United States District Court
Western District of Kentucky
Louisville Division

Re: Case No. 3:22-cr-94-DJH, United States v. Suzanne Craft

Dear Judge Hale,

    I am writing today in support of my sister, Suzy Craft, in hopes that you will take this in consideration and grant her some leniency.

    Suzy has been my closest family member for my entire life. I would not be the person I am today without her influence throughout my life. Because of Suzy, I have (hopefully) become a more compassionate, forgiving, and thoughtful person. It has been enjoyable to see her continue to grow as a parent to my niece, Sara, and her dedication to her daughter has given her a more complete life than she has ever known. One of my fondest memories of Suzy was actually quite recent, when a few years ago she was visiting for Christmas, and we got to see our children playing together. It was one of those simple things that when we were younger, we didn't know that would ever happen. She's doing a great job with Sara, raising a kind, funny and smart kid.

    All of these things make the present situation confusing and frustrating. I don't understand how it's possible. The Suzy I have known for half a century has never indicated any of the sort of hateful sentiment that has been alleged. She's not a perfect person, indeed none of us are. But even the idea that she would express these things makes no sense to me.

    I know the decision before you is one that cannot be taken lightly. You have been entrusted with an unenviable task. But rather than simplifying Suzy down to what the jury believed to be her worst, I would request that take into account her better traits and her importance to her family. Nobody is just one thing. Please consider that Suzy has always been a force for compassion and kindness in our family, and has dedicated her life to raising Sara as well as she can. She is succeeding as a parent more than she has at anything else, and that should not come to an end. Suzy's life has been turned upside down, and Sara's along with hers. To avoid collateral damage far beyond what justice requires, I would humbly request that she be sentenced to time served. She has suffered enough, and so has Sara and the rest of our family.

Thank you for your consideration of the foregoing.

Sincerely,

Christopher Craft