Dear Judge

I am write this letter talk about my friend Suzi Kraft. She has been one of my best friends for so long I can't remember when she was not. She is the kind of person that is always there for you when you need someone an always makes you feel loved even when you feel like no one is there for you. She is an amazing mother, I have watched her with Sara an is great with her! I know they are both really missing each other. I hope that this will help her in some way! Thank you!

William J Aiken Jr

# Kristen Palmer

917 868 Colchester, CT. 06415

July 20, 2023

Judge Hale

Dear Judge Hale, ,

I am writing in support of my cousin, Suzanne Craft who will be appearing for sentencing this month. I am a teacher at Central Connecticut State University, a parent and active member of my community here in Connecticut.

Suzy is my older cousin, I have known her all my life. She is a loving, kind person and a devoted mother to her daughter Sara. Through the years her dedication to her family and loved ones has been central to her, and she has dedicated everything to creating a safe and loving home for her daughter.

The actions she is being sentenced for do not represent her and removing her from her daughter's life through incarceration will not serve her, her family, community or her daughter. Suzy is a kind, generous, big-hearted person, please consider this letter of support as you weigh her sentence.

Sincerely yours,


Kristen Palmer

James Atkinson

Asheville, NC
18 July 2023

Judge David Hale
United States District Court
Western District of Kentucky
Louisville Division
Re: Case No 3:22-cr-94-DJH, United States v. Suzanne Craft

Dear Judge Hale,

I write today in support of my friend Suzanne Craft, whom I have known since high school days 42 years ago.

Her crimes as alleged by indictment, prosecuted by the DoJ Civil Rights Division, and accepted by a jury are utterly without precedent over those years. She was one of the most talented, most intelligent, and most beautiful students in our high school cohort, and became one of the most dedicated and hardworking parents I know.

In 42 years, I never--not once--heard Suzi utter anything like the violent, racist material submitted as evidence at trial and as sentencing enhancements by the United States. Quite consistently the opposite, honestly.

Suzanne Craft is no criminal.

She was, however, criminally and cruelly assaulted by her stepfather over a period of years. Her attacker sometimes emphasized his demands by placing a loaded weapon in plain view. When she sought help from her priest, he denied her. When she sought help from her teachers, they ignored her. When she sought shelter with a group of her classmates, let's politely say that a group of young men should themselves have gone to prison, but did not.

In the end, she took care of herself, by herself.

I do not believe that the friend I have known for so long committed the crimes assigned to her. Obviously, the jury disagreed. If she were capable of doing those things, I think they must have stemmed from the deep injuries she suffered in her youth, reactivated somehow by whatever was happening between and among the residents of her neighborhood in Louisville.

I respectfully suggest to the Court that sentencing this individual under the memorandum submitted by the United States does not represent justice. The verdict exists and must be dealt with, but a maximum punitive sentence in this case, in my opinion, merely chalks up another victory for Suzi's abuser, still dominating her life from the grave.

If the Court can offer a sentence that includes an emphasis on therapeutic context rather than incarceration, perhaps with provision for regular contact with her teenage daughter, Sara, I believe that the community at large will be healed much more quickly and deeply.

That is justice.

Respectfully,

*James R. Atkinson*