UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

**CRIMINAL ACTION NO. 3:22CR-94-DJH**
**UNITED STATES OF AMERICA,**                    **PLAINTIFF,**

vs.

**SUZANNE CRAFT,**                                      **DEFENDANT.**

## NOTICE OF APPEAL

Notice is hereby given that Suzanne Craft, the defendant in the above-referenced matter, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the judgment and sentence entered herein on July 28, 2023 (R.76 Judgment).

                                                   /s/ Angela M. Rea
                                                   Assistant Federal Defender
                                                   200 Theatre Building
                                                   629 Fourth Avenue
                                                   Louisville, Kentucky 40202
                                                   (502) 584-0525

                                                   Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

**CERTIFICATE**

    I hereby certify that on August 7, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Stephanie Zimdahl and Chris Tieke, Assistant United States Attorney.

                                          /s/ Angela M. Rea

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808