```
 1                        UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF KENTUCKY
 2                              LOUISVILLE DIVISION

 3
     UNITED STATES OF AMERICA,      )      Case No. 3:22-CR-00094-DJH
 4                                  )
              Plaintiff,            )
 5                                  )
     v.                             )
 6                                  )
     SUZANNE CRAFT,                 )
 7                                  )      March 2, 2023
              Defendant.            )      Louisville, Kentucky
 8

 9                                * * * * *

10              TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE
                    BEFORE HONORABLE DAVID J. HALE
11                    UNITED STATES DISTRICT JUDGE

12                                * * * * *

13   APPEARANCES:

14   For United States:        Christopher C. Tieke
                               Stephanie M. Zimdahl
15                             U.S. Attorney's Office
                               717 West Broadway
16                             Louisville, KY 40202

17   For Defendant:            Angela M. Rea
                               Western Kentucky Federal
18                                Community Defender, Inc.
                               629 S. 4th Avenue, Suite 200
19                             Louisville, KY 40202

20   [Defendant not present.]

21
                          Dena Legg, RDR, CRR, CCR-KY
22                           Official Court Reporter
                             208 U.S. Courthouse
23                           Louisville, KY 40202
                                (502) 625-3778
24
     Proceedings recorded by certified stenographer, transcript
25   produced by computer.
```

```
 1         (Begin proceedings via telephonic conference at 10:35 a.m.)
 2              DEPUTY CLERK:  We are here on U.S. v. Craft.
 3         Judge Hale.
 4              THE COURT:  I'm here.  Good morning.
 5              MS. REA:  Good morning.
 6              MR. TIEKE:  Good morning, Your Honor.
 7              THE COURT:  We set the call just to check in and make
 8    sure we're on track to begin as scheduled on Monday morning.
 9    So, Mr. Tieke, Ms. Zimdahl, let me start with you-all.  Do you
10    remain ready to go on Monday?
11              MR. TIEKE:  Yes, Your Honor.
12              THE COURT:  And, Ms. Rea, how about you?  Does the
13    defense remain ready to go as scheduled for Monday?
14              MS. REA:  Yes, Your Honor.
15              THE COURT:  I will also mention that I received the
16    parties' joint proposed instruction, and that's something we can
17    work with.  We might tweak it a little bit, but we'll talk about
18    that Monday morning.  But I did want to let you know that that
19    follows nicely from our earlier conversation about the need to
20    properly inform the jury on what words they will and will not
21    hear during the course of the trial.
22         Let me ask first, Ms. Zimdahl, Mr. Tieke, do you anticipate
23    any developments between now and Monday that could impact the
24    start of the trial?
25              MR. TIEKE:  Your Honor, we understand the question.
```

```
 1   We are looking into that issue that we discussed with the Court
 2   and Ms. Rea as fast as possible, including expediting
 3   interactions with third parties, you know, beyond the normal
 4   processes.  And at this point, we have nothing to report, but
 5   should something arise that would impact the start of the trial,
 6   we will communicate that to all involved.
 7            THE COURT:  All right.  Ms. Rea, you don't need to
 8   respond to that, but I'll give you an opportunity, if there's
 9   anything you wish to pass along.
10            MS. REA:  And, Your Honor, I have nothing to pass
11   along.  If there is new information from the United States, that
12   could be something I would have to react to, but that's a bridge
13   I'll cross if we were to come to it.
14            THE COURT:  Very well.  I appreciate you-all
15   assembling quickly.  That's all I had.  I just wanted to check
16   in and make sure we were on track, and we will see you first
17   thing Monday morning.
18            MR. TIEKE:  Your Honor, just a quick -- I know that
19   the Court had mentioned sending out a statement of the case,
20   or maybe I put that note down wrong, that the parties were
21   supposed to submit one.  We're happy to draft one with Ms. Rea.
22   I just didn't know whether we needed to do that or receive
23   something from the Court.
24            THE COURT:  Well, I don't follow a strict pattern when
25   it comes to preparing the statement of the case.  Oftentimes, by
```

4

1    default, we do it in chambers and then offer it to counsel.  But
2    given how well you-all cooperated on the unusual instruction,
3    why don't you-all just prepare a two- or three-line statement of
4    the case.  And you can email it to Natalie today or tomorrow if
5    you reach agreement on it.  And if not, then we'll be
6    prepared -- if we don't hear from you tomorrow, we'll be
7    prepared to put one together to use on Monday.
8              MR. TIEKE:  Yes, Your Honor.
9              THE COURT:  Thank you-all.  Good to talk with you.
10             MS. REA:  Thank you, Your Honor.
11             MR. TIEKE:  Thank you.
12         (Proceedings concluded at 10:40 a.m.)
13                       C E R T I F I C A T E
14     I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM
15   THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
16
17
         _____s/Dena Legg_____            September 21, 2023
18    Certified Court Reporter No. 20042A157   Date
      Official Court Reporter
19
20
21
22
23
24
25