# UNITED STATES DISTRICTCOURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
(Filed Electronically)

**CRIMINAL NO. 3:22-CR-00094-DJH**

UNITED STATES OF AMERICA,                                                           PLAINTIFF,

vs.

SUZANNE CRAFT,                                                                      DEFENDANT.

## NOTICE OF REDACTION

Comes the Defendant, Suzanne Craft, by counsel, and in conformance with Fed.R.Crim.Proc. 49.1(a)(5), Joint General Order No. 08-01, and Western District General Order No. 08-05, hereby gives notice that she has requested redaction of all references to the name of the street involved in this case that are contained in the trial and sentencing transcripts filed on Septembers 21, 2023, as Record Numbers 84 – 89.

/s/ Angela M. Rea
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202
(502) 584-0525
Counsel for Defendant

## CERTIFICATE

I certify that on October 10, 2023, I electronically filed the foregoing notice with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to: Christopher C. Tieke and Stephanie M. Zimdahl, Assistant United States Attorneys.

/s/ Angela M. Rea