# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
### (Filed Electronically)

**CRIMINAL NO. 3:22-CR-00094-DJH**

**UNITED STATES OF AMERICA,**                                                           **PLAINTIFF,**

**vs.**

**SUZANNE CRAFT,**                                                                       **DEFENDANT.**

### NOTICE OF SUBMISSION OF STATEMENT OF REDACTION

Comes the Defendant, Suzanne Craft, by counsel, pursuant to Fed.R.Crim.Proc. 49.1(a)(5), Joint General Order No. 08-01, and Western District General Order No. 08-05, and hereby gives notice that a Statement of Redaction has been submitted by email to the court reporter in this case.

/s/ Angela M. Rea
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202
(502) 584-0525
Counsel for Defendant

### CERTIFICATE

I certify that on October 10, 2023, I electronically filed the foregoing notice with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to: Christopher C. Tieke and Stephanie M. Zimdahl, Assistant United States Attorneys.

/s/ Angela M. Rea