UNITED STATES DISTRICTCOURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

**CRIMINAL NO. 3:22-CR-00094-DJH**
UNITED STATES OF AMERICA,                                          PLAINTIFF,

vs.

SUZANNE CRAFT,                                                     DEFENDANT.

## NOTICE OF REDACTION

Comes the Defendant, Suzanne Craft, by counsel, and in conformance with Fed.R.Crim.Proc. 49.1(a)(5), Joint General Order No. 08-01, and Western District General Order No. 08-05, hereby gives notice that she has requested redaction of the names of minors that are contained in the trial transcripts filed on Septembers 21, 2023, as Record Numbers 84 – 88. The initials of the minors will be substituted for their names.

/s/ Angela M. Rea
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202
(502) 584-0525
Counsel for Defendant

## CERTIFICATE

I certify that on October 23, 2023, I electronically filed the foregoing notice with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to: Christopher C. Tieke and Stephanie M. Zimdahl, Assistant United States Attorneys.

/s/ Angela M. Rea