UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                      Plaintiff,

v.                                                                 Criminal Action No. 3:22-cr-94-DJH

SUZANNE CRAFT,                                                                                Defendant.

\* \* \* \* \*

## ORDER

Defendant Suzanne Craft's trial occurred from March 6, 2023, to March 10, 2023. (Docket No. 41; D.N. 45; D.N. 46; D.N. 48; D.N. 52)  Pursuant to General Order 08-05 and Joint General Order 08-01, the trial transcript was filed electronically on September 21, 2023.  (*See* D.N. 84; D.N. 85; D.N. 86; D.N. 87; D.N. 88)  It contains Craft's and a victim's phone numbers, and Craft moves for redaction of this information pursuant to Federal Rule of Criminal Procedure 49.1, Joint General Order No. 08-01, and General Order No. 08-05.  (D.N. 91; *see* D.N. 87, PageID.1084–86, 1088)  The United States did not oppose Craft's motion.

Rule 49.1 requires that documents filed electronically "with the [C]ourt that contain[] an individual's social-security number, taxpayer-identification number, or birth date . . . may include only: (1) the last four digits of the social-security number and taxpayer-identification number; [and] (2) the year of the individual's birth."  Fed. R. Crim. P. 49.1(a).  The Rule further provides that courts may issue protective orders redacting additional information "[f]or good cause."  Fed. R. Crim P. 49.1(e).  Good cause exists "when interests of privacy outweigh the public's right to know."  *In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 474 (6th Cir. 1983) (collecting cases); *see United States v. Faller*, No. 1:13-CR-29-JHM, 2015 WL 13376561, at *3 (W.D. Ky. Aug. 28, 2015).  Courts within the Sixth Circuit regularly require redaction of individuals' phone

numbers on this basis. *United States v. Brown*, No. 3:22-CR-33-BJB-CHL-1, 2022 WL 1274411, at *2 (W.D. Ky. Apr. 28, 2022) (collecting cases). "Here, the Court likewise finds that the public interest in access to court records is outweighed by [Craft's] and the [victim's] compelling privacy interests in precluding public dissemination of their personal telephone numbers." *Id.* Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Defendant's motion to redact Craft's and the victim's phone numbers from the trial transcript (D.N. 91; *see* D.N. 87, PageID.1084–86, 1088) is **GRANTED**. The Clerk of Court shall **RESTRICT** electronic access to this portion of the transcript. (D.N. 87, PageID.1084–86, 1088)

(2) The Court Reporter **SHALL FILE** a redacted transcript consistent with this Order, limiting the listed phone numbers to the last four digits.

October 27, 2023

David J. Hale, Judge
United States District Court