UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                              CRIMINAL ACTION NO. 3:22-CR-00094-DJH

SUZANNE CRAFT                                                         DEFENDANT

## MOTION TO INCLUDE EXHIBITS AS PART OF RECORD

### ELECTRONICALLY FILED

The United States moves the Court to include trial exhibits as part of the record on appeal in this case. The United States will provide the physical copies of this these exhibits to the Sixth Circuit.

The physical exhibits requested to be made part of the record on appeal is listed as follows:

| Exhibit Number | Description |
| --- | --- |
| 4A | Photo |
| 4B | Photo |
| 5A | Photo |
| 5B | Photo |
| 5C | Photo |
| 6A | Photo |
| 6B | Photo |
| 7A | Photo |
| 7B | Photo |
| 8A | Photo |
| 8B | Photo |
| 9A | Photo |

| Exhibit Number | Description |
| --- | --- |
| 9B | Photo |
| 10A | Photo |
| 10B | Photo |
| 11A | Photo |
| 11B | Photo |
| 12A | Photo |
| 12B | Photo |
| 14 | Photo |
| 18 | Photo |
| 19 | Photo |
| 20A | Photo |
| 20B | Video |
| 21 | Photos |
| 22A | Photo |
| 22B | Video |
| 23A | Photo |
| 23B | Video |
| 23C | Video |
| 23D | Video |
| 24A | Photo |
| 24B | Video |
| 26 | Video |
| 29 | Text Message |
| 30 | Call Log Screenshot |
| 31 | Voicemail |
| 36A | Apple Contact Card |
| 36B | Text Messages |

| Exhibit Number | Description |
| --- | --- |
| 36c-36k | Photos |
| 37 | Jail Call |
| 38 | Jail Call |
| 40 | Photo |
| 41 | Photo |
| 43 | Text Message |
| 44 | Text Message |

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/*Christopher C. Tieke*
Christopher C. Tieke
Assistant U.S. Attorney
U.S. Attorney's Office
717 W. Broadway
Louisville, KY 40202
PH:(502)582-5911
Email: Christopher.Tieke@usdoj.gov
Attorney for the United States

CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2024, I electronically filed the foregoing motion with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/*Christopher C. Tieke*
Christopher C. Tieke
Assistant U.S. Attorney