UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                                               CRIMINAL ACTION NO. 3:22-CR-00094-DJH

SUZANNE CRAFT                                                                              DEFENDANT

ORDER

**ELECTRONICALLY FILED**

The United States having made Motion to Include Exhibits as Part of Record on appeal, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the United States' motion to make the exhibits listed in their motion as part of the record on appeal is hereby GRANTED.   The United States will provide the Court of Appeals a thumb-drive with copies of listed exhibit.

cc:   U.S. Attorney
      Counsel of Record