UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                              Plaintiff,

v.                                                    Criminal Action No. 3:22-cr-94-DJH

SUZANNE CRAFT,                                                         Defendant.

\* \* \* \* \*

## ORDER

The government moves to include certain exhibits in the appellate record. (Docket No. 103) Defendant does not oppose the motion. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the government's motion (D.N. 103) is **GRANTED**. The United States **SHALL PROVIDE** the Court of Appeals with a thumb drive containing copies of the relevant exhibits.

April 22, 2024

*[signature]*

David J. Hale, Judge
United States District Court

1